DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Espinoza, James and
Espinoza, Angie

Case No. 10-02029-FLK13

Debtors

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $7.95, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Espinoza, James and Espinoza, Angie | 902 East Nob Hill Blvd Yakima , WA 98901 | $7.95 |

Dated: March 21, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875899        3-28-11        $7.95

10-02029-FLK13    Doc 47    Filed 03/28/11    Entered 03/28/11 11:52:43    Pg 1 of 1